MWG:MFS
F. #2025R00558

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

DARREN MCKENZIE,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT AND
AFFIDAVIT IN SUPPORT
OF ARREST WARRANT

25 MJ 281

(18 U.S.C. §§ 111(a)(1) and 111(b))

EASTERN DISTRICT OF NEW YORK, SS:

THOMAS FORD, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation, duly appointed according to law and acting as such.

On or about September 22, 2025, within the Eastern District of New York, the defendant DARREN MCKENZIE, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in Section 1114 of Title 18 of the United States Code, to wit: a Special Agent with the Federal Bureau of Investigation, while such officer and employee was engaged in and on account of the performance of official duties, and such act involved physical contact with the victim and the infliction of bodily injury.

(Title 18, United States Code, Sections 111(a)(1) and 111(b))

The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

1. I am a Special Agent with the Violent Crimes Task Force of the New York Office of the Federal Bureau of Investigation ("FBI"). I have been an FBI Special Agent since 2018. During my time as an FBI Special Agent, I have investigated various federal crimes including firearms offenses, robberies and other violent crimes. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file; and reports of other law enforcement officers involved in the investigation.

2. At approximately 10:30 am on or about September 22, 2025, an FBI Special Agent ("Agent-1") was engaged in the performance of his official duties; specifically, Agent-1 was conducting surveillance on foot in the vicinity of 115 Ocean Avenue in Brooklyn, New York. While standing on the sidewalk, the defendant DARREN MCKENZIE approached Agent-1 and punched him once in the face, making physical contact with Agent-1's nose and mouth.

3. After the assault, Agent-1 located another FBI agent ("Agent-2") nearby who was working surveillance with Agent-1. Agent-1 informed Agent-2 that he had been assaulted, and Agent-1 identified the defendant DARREN MCKENZIE, who was still in the area and visible to Agent-1 and Agent-2, as the perpetrator of the assault to Agent-2.

4. Agent-2 then followed the defendant DARREN MCKENZIE, who walked into a New York City subway station. Agent-2 followed MCKENZIE inside the subway station and observed MCKENZIE jump the turnstile without making a payment. Agent-2 directed MCKENZIE to come back through the turnstile and to exit the subway station and return to the street. New York City Police Department ("NYPD") officers arrived on the scene, and MCKENZIE was placed under arrest by the NYPD.

5.    Agent-1 was transported to a local hospital.   Agent-1 sustained bodily injury, including a concussion and a laceration to his nose, from being punched by the defendant DARREN MCKENZIE.

6.    A review of the defendant DARREN MCKENZIE's criminal history indicates that he is currently on parole and was released from incarceration on or about September 4, 2025.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for the defendant DARREN MCKENZIE so that he may be dealt with according to law.

_____
THOMAS FORD
Special Agent, Federal Bureau of Investigation

Sworn to before me by telephone this
24th day of September, 2025

_____
THE HONORABLE JAMES R. CHO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK