# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

March 2, 2026

BY ECF and Email
The Honorable Ramon E. Reyes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Darren McKenzie*, 25-cr-304 (RER)

Your Honor:

Sentencing in this matter is scheduled for March 18, 2026. At this time, undersigned counsel requests an adjournment of sentencing for 45 days, to a date and time most convenient for the Court, in order to allow for additional time for undersigned counsel to prepare a mitigation package in advance of sentencing. The government has no objection to this request. The parties have conferred and are available April 29 and 30 if those dates are amenable.

Respectfully submitted,

/s Karume James
Karume James
Attorney for Darren McKenzie
Assistant Federal Defender
Federal Defenders of New York
(347) 638-3098
karume_james@fd.org

cc:   AUSA Matthew Sullivan (by ECF and email)
      Chambers of the Hon. Ramon E. Reyes (by email)