# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

April 16, 2026

BY Email
Cheyanne Ralph
United States Probation Officer
United States Probation
27 Johnson Street
Brooklyn, NY 11201

*Re: United States v. Darren McKenzie,* 25-cr-304 (RER)
**PSR OBJECTIONS**

Dear Officer Ralph:

Mr. McKenzie submits the following factual objections to the Pre-Sentence Report:

- ¶37 – Mr. McKenzie's full name is Darren Milton Louis McKenzie-Ross.
- ¶37 – Mr. Daniel Ross is 71 years old and was a Vietnam War veteran who served in the United States Army for four years.
- ¶37 – Ms. Patricia McKenzie is 59 years old.
- ¶37 – Ms. McKenzie and Mr. Ross have been together for 32 years.
- ¶38 – The following information is provided regarding Mr. McKenzie's maternal half-siblings:
  - Maquesha McKenzie is 38 years old, works with ACS, and lives in Long Island with her 18-year-old son who is currently in college.  She maintains a close relationship with their mother.
  - Percell McKenzie is 37 years old, and currently resides at Creedmoor Psychiatric Center in Queens Village, New York, where he is voluntarily receiving inpatient psychiatric services.
  - Olivia McKenzie is 32 years old, works at JFK Airport, and lives in Far Rockaway, New York with her three-year-old son.

1

- ¶38 – The following information is provided regarding Mr. McKenzie's paternal half-siblings:
  - Ramona Ross is 47 years old, works as a merchant seaman on cargo ships, has two adult children ages 27 and 20, is single, and lives in Virginia.
  - Willie Ross is 44 years old, has three children, is single, lives in Virginia, and is retired from military service.
- ¶39 – Mildred Ross is Mr. McKenzie's paternal aunt, is 63 years old, single, is a retired healthcare educator, and lives in Flushing, Queens.
- ¶¶39-40 – After consultation with Ms. McKenzie and Mr. Ross, it does not appear that Mr. McKenzie was removed from the family home by ACS nor placed in foster care. Instead, Ms. McKenzie participated in inpatient residential treatment specifically for women with young children and Mr. McKenzie resided with her in the residential treatment program as a child for over one year before he resumed living with his father in Brooklyn.
- ¶40 – Mr. McKenzie recalls witnessing both of his parents regularly abuse crack cocaine, having to discard drug paraphernalia used by his parents, missing school days when his parents did not take him to school, and observing strangers visiting the home consistent with his parents' substance abuse.
- ¶42 – Mr. McKenzie's son's name is Adonis Amiri Ross.
- ¶50 – After consultation with Ms. McKenzie and Mr. Ross, it does not appear that Mr. McKenzie received a formal diagnosis for either dyslexia or bipolar disorder in elementary school.
- ¶58 – Mr. Guy Rivers is Mr. McKenzie's family friend.

Respectfully submitted,

/s Karume James
Karume James
Attorney for Darren McKenzie
Assistant Federal Defender
Federal Defenders of New York
(347) 638-3098
karume_james@fd.org


cc:    AUSA Matthew Sullivan (by email)

2